# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

JAMES H. CAMPBELL, :

    Petitioner :

        CIVIL ACTION NO. 3:16-0524

v. :

        (Judge Mannion)

L.J. ODDO, Warden, :

    Respondent :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

                        s/ *Malachy E. Mannion*
                        **MALACHY E. MANNION**
                        **United States District Judge**

**Dated: August 21, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0524-01-ORDER.wpd